**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 670 MAL 2021

            Respondent                 :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                          :

                                    :

DEREL BRITTON,                     :

                                    :

            Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.